NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALFONSO DOURIET**, | Civil Action No. 14-2077 |
| Plaintiff(s), | (SDW) |
| v. | |
| **ESSEX COUNTY CORRECTIONAL FACILITY, ET AL.**, | ORDER |
| Defendant(s). | June 10, 2014 |

**WIGENTON**, District Judge.

Before the Court is the Report and Recommendation filed on May 22, 2014 ("R&R") by Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), recommending that Plaintiff's Motion to Voluntarily Withdraw Count One of the Complaint alleging violation of 42 U.S.C. § 1983 be granted, and that Plaintiff's case be remanded to state court as no federal court claims would remain. No objections were filed to the R&R.

This Court has reviewed the reasons set forth by Magistrate Judge Arleo in the R&R (Dkt. No. 17) and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Magistrate Judge Arleo is **ADOPTED** as the conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's Motion to Voluntarily Withdraw Count I of the Complaint is **GRANTED**, and that Plaintiff's case is remanded to state court.

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig:   Clerk
cc:     Parties
        Magistrate Judge Arleo